UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-4050**


THOMAS FOGLIA,
In the Name of the United States Government
pursuant to the False Claims Act, 31 U.S.C. Section 3730;
the State of New JerseyFalse Claims Act,
Title 2A of the New Jersey Statutes and amending 3 P.L. 1968, C. 413;
The State of Texas pursuant to TEX.HUM.RES.CODE Sec. 36.001-26.117
and individually pursuant to the New Jersey Conscientious
Employee Protection Act, N.J.S.A. 34:19-1 et Seq.,
                                                    Appellant


v.


RENAL VENTURES MANAGEMENT, LLC
_____


On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-09-cv-01552)
District Judge; Honorable Noel L. Hillman
_____


Before:  McKEE, Chief Judge, SMITH, AND SLOVITER, Circuit Judges


_____

**ORDER**
_____


It is hereby ORDERED that the Opinion filed on June 6, 2014 is vacated and an amended opinion shall be filed simultaneously with this Order.  The revised opinion does not alter the June 6, 2014 judgment.

By the Court,
s/ Dolores K. Sloviter
Circuit Judge

Dated: June 10, 2014
PDB/cc: All Counsel of Record